**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Garfield Edwards                                    CHAPTER 13
                            Debtor(s)

                                                           BKY. NO. 24-11099 AMC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of AmeriHome Mortgage Company, LLC and index same on the master mailing list.

                                                           Respectfully submitted,

                                                           /s/ *Michael Farrington*
                                                           Michael Farrington
                                                           12 Apr 2024, 10:25:52, EDT

                                                           KML Law Group, P.C.
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA 19106-1532
                                                           (215) 627-1322