**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10352046
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | 10352046 | 01/21/2024 | 02/03/2024 | 02/09/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 6,719.68 | 812.65 | 1,725.12 | 259.10 | **3,922.81** |
| YTD | 216.00 | 17,943.46 | 2,305.01 | 4,395.02 | 539.48 | **10,703.95** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CIP Quarterly Bonus | 01/21/2024 - 02/03/2024 | | | 1,107.79 | 1,107.79 | Social Security | 392.73 | 1,040.84 |
| Holiday Pay | | | | | 1,683.57 | Medicare | 91.85 | 243.42 |
| Regular Pay - Salary | 01/21/2024 - 02/03/2024 | 80 | 70.15 | 5,611.89 | 15,152.10 | Federal Withholding | 786.42 | 1,901.08 |
| | | | | | | State Tax - PA | 194.51 | 515.51 |
| | | | | | | SUI-Employee Paid - PA | 4.71 | 12.57 |
| | | | | | | City Tax - PHILA | 252.90 | 675.60 |
| | | | | | | PA LST - WWTLD | 2.00 | 6.00 |
| Earnings | | | | 6,719.68 | 17,943.46 | Employee Taxes | 1,725.12 | 4,395.02 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 403.18 | 1,076.60 | 401K Loan (Loan01) | | 96.76 | 96.76 |
| Dental | | 26.48 | 79.44 | Child AD&D Insurance | | 0.13 | 0.39 |
| Dep Care Reimb Acct | | 20.83 | 62.49 | Child Life Insurance | | 0.68 | 2.04 |
| Health Care Reimb Acct | | 20.83 | 62.49 | ESPP | 2.000% | 134.39 | 358.87 |
| Medical | | 334.91 | 1,004.73 | Spouse AD&D Insurance | | 1.30 | 3.90 |
| Vision | | 6.42 | 19.26 | Spouse Life Insurance | | 5.25 | 15.75 |
| | | | | Supplemental AD&D Ins | | 5.26 | 15.78 |
| | | | | Supplemental Life Ins | | 15.33 | 45.99 |
| Pre-tax Deductions | | 812.65 | 2,305.01 | Post-tax Deductions | | 259.10 | 539.48 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 4.80 | 14.40 |
| Taxable GTL | 19.44 | 58.32 |
| Taxable Non-Cash Event | 24.24 | 72.72 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,922.81    USD |

## COMCAST

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10352046
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | 10352046 | 02/04/2024 | 02/17/2024 | 02/23/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 5,611.89 | 746.18 | 1,334.95 | 236.95 | **3,293.81** |
| YTD | 296.00 | 23,555.35 | 3,051.19 | 5,729.97 | 776.43 | **13,997.76** |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| CIP Quarterly Bonus | | | | | 1,107.79 |
| Holiday Pay | | | | | 1,683.57 |
| Regular Pay - Salary | 02/04/2024 - 02/17/2024 | 80 | 70.15 | 5,611.89 | 20,763.99 |
| Earnings | | | | 5,611.89 | 23,555.35 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| Social Security | 324.05 | 1,364.89 |
| Medicare | 75.79 | 319.21 |
| Federal Withholding | 557.33 | 2,458.41 |
| State Tax - PA | 160.50 | 676.01 |
| SUI-Employee Paid - PA | 3.93 | 16.50 |
| City Tax - PHILA | 211.35 | 886.95 |
| PA LST - WWTLD | 2.00 | 8.00 |
| Employee Taxes | 1,334.95 | 5,729.97 |

### Pre-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401k Pretax | 6.000% | 336.71 | 1,413.31 |
| Dental | | 26.48 | 105.92 |
| Dep Care Reimb Acct | | 20.83 | 83.32 |
| Health Care Reimb Acct | | 20.83 | 83.32 |
| Medical | | 334.91 | 1,339.64 |
| Vision | | 6.42 | 25.68 |
| Pre-tax Deductions | | 746.18 | 3,051.19 |

### Post-tax Deductions

| Description | Rate | Amount | YTD |
|---|---|---|---|
| 401K Loan (Loan01) | | 96.76 | 193.52 |
| Child AD&D Insurance | | 0.13 | 0.52 |
| Child Life Insurance | | 0.68 | 2.72 |
| ESPP | 2.000% | 112.24 | 471.11 |
| Spouse AD&D Insurance | | 1.30 | 5.20 |
| Spouse Life Insurance | | 5.25 | 21.00 |
| Supplemental AD&D Ins | | 5.26 | 21.04 |
| Supplemental Life Ins | | 15.33 | 61.32 |
| Post-tax Deductions | | 236.95 | 776.43 |

### Taxable Non-Cash Event

| Description | Amount | YTD |
|---|---|---|
| Basic LTD 40% | 4.80 | 19.20 |
| Taxable GTL | 19.44 | 77.76 |
| Taxable Non-Cash Event | 24.24 | 96.96 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,293.81 | USD |

**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10352046
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | 10352046 | 02/18/2024 | 03/02/2024 | 03/08/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 5,627.66 | 747.13 | 1,340.51 | 237.26 | **3,302.76** |
| YTD | 376.00 | 39,349.86 | 4,408.33 | 10,651.25 | 1,217.03 | **23,073.25** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CIP Annual Bonus | | | | | 10,166.85 | Social Security | 325.03 | 2,320.27 |
| CIP Quarterly Bonus | | | | | 1,107.79 | Medicare | 76.01 | 542.64 |
| Holiday Pay | | | | | 1,683.57 | Federal Withholding | 560.59 | 5,121.50 |
| Regular Pay - Salary | 02/18/2024 - 02/29/2024 | 72 | 70.15 | 5,050.70 | | State Tax - PA | 160.99 | 1,149.12 |
| Regular Pay - Salary | 03/01/2024 - 03/02/2024 | 8 | 72.12 | 576.96 | 26,391.65 | SUI-Employee Paid - PA | 3.94 | 27.56 |
| | | | | | | City Tax - PHILA | 211.95 | 1,480.16 |
| | | | | | | PA LST - WWTLD | 2.00 | 10.00 |
| Earnings | | | | 5,627.66 | 39,349.86 | Employee Taxes | 1,340.51 | 10,651.25 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 337.66 | 2,360.98 | 401K Loan (Loan01) | | 96.76 | 290.28 |
| Dental | | 26.48 | 132.40 | Child AD&D Insurance | | 0.13 | 0.65 |
| Dep Care Reimb Acct | | 20.83 | 104.15 | Child Life Insurance | | 0.68 | 3.40 |
| Health Care Reimb Acct | | 20.83 | 104.15 | ESPP | 2.000% | 112.55 | 787.00 |
| Medical | | 334.91 | 1,674.55 | Spouse AD&D Insurance | | 1.30 | 6.50 |
| Vision | | 6.42 | 32.10 | Spouse Life Insurance | | 5.25 | 26.25 |
| | | | | Supplemental AD&D Ins | | 5.26 | 26.30 |
| | | | | Supplemental Life Ins | | 15.33 | 76.65 |
| Pre-tax Deductions | | 747.13 | 4,408.33 | Post-tax Deductions | | 237.26 | 1,217.03 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 4.80 | 24.00 |
| Taxable GTL | 19.44 | 97.20 |
| Taxable Non-Cash Event | 24.24 | 121.20 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,302.76   USD |

**COMCAST**

Comcast (CC) of Willow Grove
One Comcast Center
Philadelphia, PA 19103-2838
Phone: 877-909-4748

Employee ID: 10352046
Employee Type: Regular-Full time
FLSA Exempt: Yes

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Garfield Edwards | Comcast (CC) of Willow Grove | 10352046 | 03/03/2024 | 03/16/2024 | 03/22/2024 | |

| | Hours Worked | Gross Pay | Pre-tax Deductions | Employee Taxes | Post-tax Deductions | **Net Pay** |
|---|---|---|---|---|---|---|
| Current | 80.00 | 5,769.58 | 755.64 | 1,391.11 | 241.46 | **3,381.37** |
| YTD | 456.00 | 53,800.64 | 5,163.97 | 15,277.73 | 6,904.32 | **26,454.62** |

| Earnings | | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| CIP Annual Bonus | | | | | 10,166.85 | Social Security | 333.94 | 3,192.45 |
| CIP Quarterly Bonus | | | | | 1,107.79 | Medicare | 78.09 | 746.62 |
| Dividend Equivalent Unit | | | | | 420.80 | Federal Withholding | 590.35 | 7,684.93 |
| Holiday Pay | | | | | 1,683.57 | State Tax - PA | 165.35 | 1,580.99 |
| Regular Pay - Salary | 03/03/2024 - 03/16/2024 | 80 | 72.12 | 5,769.58 | 32,161.23 | SUI-Employee Paid - PA | 4.04 | 37.68 |
| Restricted Stock Distribution | | | | | 8,260.40 | City Tax - PHILA | 217.34 | 2,023.06 |
| | | | | | | PA LST - WWTLD | 2.00 | 12.00 |
| Earnings | | | | 5,769.58 | 53,800.64 | Employee Taxes | 1,391.11 | 15,277.73 |

| Pre-tax Deductions | | | | Post-tax Deductions | | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Amount | YTD | Description | Rate | Amount | YTD |
| 401k Pretax | 6.000% | 346.17 | 2,707.15 | 401K Loan (Loan01) | | 96.76 | 387.04 |
| Dental | | 26.48 | 158.88 | Child AD&D Insurance | | 0.13 | 0.78 |
| Dep Care Reimb Acct | | 20.83 | 124.98 | Child Life Insurance | | 0.68 | 4.08 |
| Health Care Reimb Acct | | 20.83 | 124.98 | ESPP | 2.000% | 115.39 | 902.39 |
| Medical | | 334.91 | 2,009.46 | Life and AD&D Retro | | 0.68 | 0.68 |
| Vision | | 6.42 | 38.52 | Net Pay Offset | | | 5,445.83 |
| | | | | Spouse AD&D Insurance | | 1.30 | 7.80 |
| | | | | Spouse Life Insurance | | 5.25 | 31.50 |
| | | | | Supplemental AD&D Ins | | 5.41 | 31.71 |
| | | | | Supplemental Life Ins | | 15.86 | 92.51 |
| Pre-tax Deductions | | 755.64 | 5,163.97 | Post-tax Deductions | | 241.46 | 6,904.32 |

| Taxable Non-Cash Event | | |
|---|---|---|
| Description | Amount | YTD |
| Basic LTD 40% | 4.94 | 28.94 |
| Retro Taxable Benefits (Retro Basic LTD 40%) | 0.14 | 0.14 |
| Retro Taxable GTL | 0.80 | 0.80 |
| Taxable GTL | 20.24 | 117.44 |
| Taxable Non-Cash Event | 26.12 | 147.32 |

| | Federal | State |
|---|---|---|
| Marital Status | Married | |
| Allowances | 0 | 0 |
| Additional Withholding | 0 | 0 |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| TD BANK, NATIONAL ASSOCIATION | TD BANK, NATIONAL ASSOCIATION ******5588 | ******5588 | | 3,381.37    USD |